FILED

2009 DEC 21 PM 2: 14


U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **07-53989** |
| **ERIC E RAAB** | ) | |
| **TRUDIE L RAAB** | ) | MARILYN SHEA-STONUM |
| | ) | BANKRUPTCY JUDGE |
| Debtor(s) | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

---

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

    **Attorney Terry Kane**
    **Check No. 715691**
    **Debtors' Attorney Fees**

    However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$ 2.01** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **12/14/2009**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*Check # 732004*
*Receipt # 81149*
*$2.01*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

| | |
|---|---|
| **ERIC E RAAB**<br>429 S MERIDIAN ST<br>RAVENNA, OH 44266<br>**(Via Regular Mail)** | **TRUDIE L RAAB**<br>429 S MERIDIAN ST<br>RAVENNA, OH 44266<br>**(Via Regular Mail)** |

**TERRY KANE, ATTORNEY (via ECF)**

Date of Service: **12/14/2009**   By: **JoAnn Romig**
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com